IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:17-cv-462 GCM

| | |
|---|---|
| WILLIAM BOWERS and TRACY BOWERS<br><br>Plaintiffs,<br><br>vs.<br><br>CITIBANK, N.A. and ALLIANCEONE RECEIVABLES MANAGEMENT, INC.<br><br>Defendants. | **NOTICE OF SETTLEMENT** |

NOW COME Plaintiffs William and Tracy Bowers, and Defendant AllianceOne Receivables Management, Inc., by and through counsel, and inform the Court that these parties have reached a settlement of this matter and are in the process of finalizing and executing final settlement agreements. The parties anticipate the case will be dismissed within sixty (60) days.

This the 8th day of January, 2020.

| | |
|---|---|
| /s/ Caren Enloe<br>Caren Enloe<br>Smith Debnam Narron Drake Saintsing & Myers, LLP<br>4601 Six Forks Rd, Suite 400<br>Raleigh, NC 27609<br>cenloe@smithdebnamlaw.com<br>*Attorney for AllianceOne Receivables Management, Inc.* | /s/ Travis E. Collum<br>Travis E. Collum<br>Collum & Perry, PLLC<br>Post Office Box 1739<br>Mooresville, NC 28115<br>travis@collumperry.com<br>*Attorney for Plaintiffs* |