IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:17-cv-00462

| | |
|---|---|
| WILLIAM BOWERS and TRACY BOWERS, <br><br> Plaintiffs, <br><br> vs. <br><br> CITIBANK, N.A. and ALLIANCEONE RECEIVABLES MANAGEMENT, INC., <br><br> Defendants. | **STIPULATION OF DISMISSAL** |

NOW COME Plaintiffs William Bowers and Tracy Bowers and Defendants Citibank, N.A., and AllianceOne Receivables Management, Inc., and pursuant to Rule 41 of the Federal Rules of Civil Procedure jointly stipulate that all claims between them are hereby dismissed WITH PREJUDICE. Each party shall bear their own costs and attorney's fees.

This, the 17th day of February 2020.

/s/ Travis E. Collum
Travis E. Collum, NC Bar No. 29158
Attorney for Plaintiffs
COLLUM & PERRY, PLLC
P.O. Box 1739
Mooresville, NC 28115
Telephone: 704.663.4187
Fax: 704.663.4178
E-mail: travis@collumperry.com

/s/ Donald R. Pocock  (w/ permission)
Donald R. Pocock, NC Bar No. 29393
Attorney for Defendant Specialized Loan Servicing, LLC
NELSON MULLINS RILEY & SCARBOROUGH LLP
380 Knollwood Street, Suite 530
Winston-Salem, NC  27103
Telephone: 336.774.3324
Fax: 336.774.3376
E-mail: donald.pocock@nelsonmullins.com

/s/ Caren Enloe
Caren Enloe
Smith Debnam Narron Drake Saintsing & Myers, LLP
4601 Six Forks Rd, Suite 400
Raleigh, NC 27609
cenloe@smithdebnamlaw.com
*Attorney for AllianceOne Receivables Management, Inc.*

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such to the following:

Donald R. Pocock, Esq.
Nelson Mullins Riley & Scarborough LLP
donald.pocock@nelsonmullins.com
***Attorney for Citibank, N.A.***

Caren D. Enloe, Esq.
Smith Debnam Narron Drake Saintsing & Myers, LLP
cenloe@smithdebnamlaw.com
***Attorney for Defendant AllianceOne Receivables Management, Inc.***

And I hereby certify that I have mailed the foregoing to the following non CM/ECF participants:

None.

This, the 17th day of February 2020.

/s/ Travis E. Collum
Travis E. Collum, NC Bar No. 29158
Attorney for Plaintiffs
COLLUM & PERRY, PLLC
P.O. Box 1739
Mooresville, NC 28115
Telephone: 704.663.4187
Fax: 704.663.4178
E-mail: travis@collumperry.com